IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORY GAINES,

     Petitioner,                      2: 09 - cv - 1144 GEB TJB

    vs.

MIKE MCDONALD, Warden,

     Respondent.                <u>ORDER</u>

_____/

     Petitioner's objections to the Magistrate Judge's Findings and Recommendations were filed on October 18, 2010. Subsequently, on October 20, 2010, Petitioner filed a request for a time extension to file objections to the Findings and Recommendations. As Petitioner already filed his objections two days prior to this request, the request will be denied.

     IT IS HEREBY ORDERED that:

     1. Petitioner's request filed October 20, 2010 for an extension of time to file objections to the Findings and Recommendations is denied.

//

//

//

//

1

1  DATED: November 1, 2010

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE